# EXHIBIT B

Federal Bureau of Investigation File of
Aaron Swartz

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 02/06/2009

**To:** Chicago                      **Attn:** North RA

**From:** Washington Field
           CR-17 / NVRA
           Contact: SA [ ]

**Approved By:** [ ]                                          b6
                                                             b7C
**Drafted By:** [ ]                                          b7F

**Case ID #:** 288A-WF-238943     (Pending)

**Title:**   UNSUB(S);
             US COURTS - VICTIM;
             COMPUTER INTRUSION - OTHER

**Synopsis:**  To set lead to locate Aaron Swartz.

**Enclosure(s):**  Attached is an [ ] Report for Swartz.          b7E

**Details:**  The U.S. Courts implemented a pilot project offering
free access to federal court records through the PACER system at
seventeen federal depository libraries.  Library personnel
maintain login and password security and provide access to users
from computers within the library.  PACER normally carries an
eight cents per page fee, however, by accessing from one of the
seventeen libraries, users may search and download data for free.

   Between September 4, 2008 and September 22, 2008, PACER
was accessed by computers from outside the library utilizing
login information from two libraries participating in the pilot
project.  The Administrative Office of the U.S. Courts reported
that the PACER system was being inundated with requests.  One
request was being made every three seconds.

   The login information was compromised at the Sacramento
County Public Law Library (SPLL) and the Seventh Circuit Court of
Appeals Library (SCCA).  The two accounts were responsible for
downloading more than eighteen million pages with an approximate
value of $1.5 million.

UNCLASSIFIED

**UNCLASSIFIED**

To:  Chicago  From:  Washington Field
Re:  288A-WF-238943, 02/06/2009

During the compromise, there was one continuous session with one log in and access was made every one to two seconds. The compromise took place during regular business hours.  Data that was exfiltrated went to one of two Amazon IP addresses.

Investigation has determined that the Amazon IP address used to access the PACER system belongs to Aaron Swartz.

The following information was provided for the IP address:

| | |
|---|---|
| Name: | Aaron Swartz |
| Address: | 349 Marshman Avenue |
| | Highland Park, IL 60035 |
| Telephone: | 847-432-8857 |

A search in ☐ and Swartz's personal webpage                                    b7E
confirmed this information.  Swartz's social security account number is 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.  The telephone subscriber for telephone           b6
number ☐ is ☐                                                                  b7C

NCIC report for Aaron Swartz was negative.  A search for wages for Swartz at the Department of Labor was negative.

**UNCLASSIFIED**

2

**UNCLASSIFIED**

To:  Chicago   From:  Washington Field
Re:  288A-WF-238943, 02/06/2009

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>CHICAGO</u>

       <u>AT NORTH RA</u>

       Washington Field Office requests that the North RA
attempt to locate AARON SWARTZ, his vehicles, drivers license
information and picture, and others, at 349 Marshman Avenue,
Highland Park, IL 60035.  Since SWARTZ is the potential subject
of an ongoing investigation, it is requested that SWARTZ not be
approached by Agents.

       If there are any questions or concerns, please contact
SA

                                                                                         b6
                                                                        b7C
                                                                        b7F

♦♦

**UNCLASSIFIED**

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                          **Date:**  02/06/2009

**To:**  Chicago                    **Attn:**  SSA [          ]

**From:**  Washington Field
       CR-17 / NVRA
       **Contact:**  SA [                              ]

**Approved By:**  [              ]

**Drafted By:**  [                      ]

                                          b6
                                          b7C
                                          b7F

**Case ID #:** 288A-WF-238943    (Pending)

**Title:**  UNSUB(S);
       US COURTS - VICTIM;
       COMPUTER INTRUSION - OTHER

**Synopsis:**  To set lead to locate Aaron Swartz.
                                     b7E

**Enclosure(s):**  Attached is an [          ] Report for Swartz.

**Details:**  The U.S. Courts implemented a pilot project offering
free access to federal court records through the PACER system at
seventeen federal depository libraries.  Library personnel
maintain login and password security and provide access to users
from computers within the library.  PACER normally carries an
eight cents per page fee, however, by accessing from one of the
seventeen libraries, users may search and download data for free.

     Between September 4, 2008 and September 22, 2008, PACER
was accessed by computers from outside the library utilizing
login information from two libraries participating in the pilot
project.  The Administrative Office of the U.S. Courts reported
that the PACER system was being inundated with requests.  One
request was being made every three seconds.

     The login information was compromised at the Sacramento
County Public Law Library (SPLL) and the Seventh Circuit Court of
Appeals Library (SCCA).  The two accounts were responsible for
downloading more than eighteen million pages with an approximate
value of $1.5 million.

UNCLASSIFIED

**UNCLASSIFIED**

To:  Chicago  From:  Washington Field
Re:  288A-WF-238943, 02/06/2009


During the compromise, there was one continuous session with one log in and access was made every one to two seconds. The compromise took place during regular business hours.  Data that was exfiltrated went to one of two Amazon IP addresses.

Investigation has determined that the Amazon IP address used to access the PACER system belongs to Aaron Swartz.

The following information was provided for the IP address:

>           Name:       Aaron Swartz
>           Address:    349 Marshman Avenue
>                       Highland Park, IL 60035
>           Telephone:  847-432-8857

A search in [        ] Swartz's personal webpage confirmed this information.  Swartz's social security account number is 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.  The telephone subscriber for telephone number [        ] is [        ]

b7E

b6
b7C

NCIC report for Aaron Swartz was negative.  A search for wages for Swartz at the Department of Labor was negative.


**UNCLASSIFIED**

2

**UNCLASSIFIED**

To:  Chicago   From:  Washington Field
Re:  288A-WF-238943, 02/06/2009


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>CHICAGO</u>

       <u>AT CHICAGO, ILLINOIS</u>

       Washington Field Office requests that Chicago attempt
to locate AARON SWARTZ, his vehicles, drivers license information
and picture, and others, at 349 Marshman Avenue, Highland Park,
IL 60035.  Since SWARTZ is the potential subject of an ongoing
investigation, it is requested that SWARTZ not be approached by
Agents.

       If there are any questions or concerns, please contact
SA

     b6
     b7C
     b7F

◆◆

**UNCLASSIFIED**

3

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  02/24/2009

**To:**  Washington Field          **Attn:**  CR-17 / NVRA
                                               SA [          ]

**From:**  Chicago
           North RA
           **Contact:**  SA [          ]                              b6
                                                                      b7C
**Approved By:** [          ]                                         b7F

**Drafted By:** [          ]

**Case ID #:** 288A-WF-238943

**Title:**  UNSUB(S);
            US COURTS - VICTIM;
            COMPUTER INTRUSION - OTHER

**Synopsis:**  Lead covered by Chicago North RA

**Enclosure(s):**  Illinois DL/ID Image of Swartz and [        ]      b7E
[                                    ]

**Details:**  Attempted to locate AARON SWARTZ, his vehicles, drivers
license information and picture, and others at 349 Marshman
Avenue, Highland Park, IL 60035.

          Successfully located drivers license photo for SWARTZ.
Drove by address in an attempt to locate SWARTZ or vehicles
related to the residence, but was unsuccessful.  House is set on
a deep lot, behind other houses on Marshman Avenue.  This is a
heavily wooded, dead-end street, with no other cars parked on the
road making continued surveillance difficult to conduct without
severely increasing the risk of discovery.  However, drivers          b7E
license and [        ] information lists address above.  Other
family members are listed as current residence and four vehicles    b6
are currently registered to [        ] who resides at above         b7C
address.  Illinois database checks for SWARTZ yielded negative
results.  SWARTZ has no arrests, no registered vehicles or
property.

UNCLASSIFIED

**UNCLASSIFIED**

To: Washington Field  From:  Chicago
Re:  288A-WF-238943, 02/24/2009

      Chicago considers this lead covered.

UNCLASSIFIED

To:  Washington Field   From:   Chicago
Re:  288A-WF-238943, 02/24/2009


**LEAD(s):**

**Set Lead 1:   (Info)**

WASHINGTON FIELD

AT WASHINGTON DC

Read and clear.


♦♦

UNCLASSIFIED

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/19/2009

   AARON SWARTZ has a profile on the website LINKEDIN, at
www.linkedin.com/in/aaronsw.  SWARTZ is listed as a writer, hacker
and activist based in the San Francisco Bay Area.  SWARTZ's
education includes Stanford University, Sociology, 2004.  SWARTZ's
experience includes the following:

     Founder of watchdog.net
     2008 - Present

     Tech Lead at Open Library
     2007 - Present

     Co-founder of reddit
     November 2005 - January 2007

     Metadata Advisor at Creative Commons
     2002 - 2004

     Member of RDF Core Working Group
     1999 - 2000

     Member of W3C
     1999 - 2000

   The website watchdog.net: the good government site with
teeth states that "We're trying to build a hub for politics on the
Internet".  This plan includes pulling all information about
politics, votes, lobbying records, and campaign finance reports
together under one unified interface.  SWARTZ posted blogs on
07/30/2008, 06/16/2008, 05/07/2008, 04/21/2008, 04/16/2008,
04/14/2008.

   SWARTZ has a profile on the website FACEBOOK.  His
networks include Stanford '08 and Boston, MA.  The picture used in
his profile was also used in an article about SWARTZ in THE NEW
YORK TIMES.

   SWARTZ's personal webpage, www.aaronsw.com, includes a
section titled "Aaron Swartz: a lifetime of dubious
accomplishments".  In 2007, SWARTZ began working full-time as a

---

Investigation on   02/15/2009   at   Manassas, VA

File #   288A-WF-238943      Date dictated

by   SA             b6
                 b7C
                 b7F

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

288A-WF-238943

Continuation of FD-302 of ____SWARTZ's online profiles____ , On 02/15/2009 , Page __2__

    member of the Long-Term Planning Committee for the Human Race
(LTPCHR).

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6
b7C

Date of transcription   02/19/2009

On February 17, 2008, SA[_____] received an email from [_____] Administrative Office of the US Courts, with links to two published articles regarding the compromise of the PACER system.

On February 12, 2009, [_____] published an article in THE NEW YORK TIMES titled "An Effort to Upgrade a Court Archive System to Free and Easy".  For the article, [_____] interviewed [_____] and AARON SWARTZ regarding the compromise of the PACER system.

The following information is found in the article:

[_____] urged fellow activists to go to the seventeen libraries offering the free trial, download as many court documents as they could, and send them to him for republication on the Web.

SWARTZ read[_____]appeal and downloaded an estimated twenty percent (20%) of the PACER database.

[_____] a Government Printing Office official, told librarians that the security of the PACER service was compromised and the FBI was conducting an investigation.

Lawyers for [_____] and SWARTZ told them they had broken no laws.

On February 13, 2009, [_____] and [_____] published an article in The LEDE, NOTES ON THE NEWS, FROM THE NEW YORK TIMES titled "Steal These Federal Records - Okay, Not Literally".

The following information is found in the article:

[_____] published an online manifesto about freeing PACER documents, where he called for a Thumb Drive Corps to go to libraries with small thumb drives, plug them into computers, download as many court documents as they could, and send them to [_____]so that he can translate them into a format that GOOGLE's search software can read.

---

Investigation on   02/17/2009   at  Manassas, VA

File #  288A-WF-238943                              Date dictated   N/A

by   SA [_____]

b6
b7C
b7F

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

288A-WF-238943

Continuation of FD-302 of ⬚ _____ , 02/17/2009 , Page   2

b6
b7C

      SWARTZ received software that downloaded documents from
the PACER database from ⬚ at the BERKMAN CENTER FOR
INTERNET AND SOCIETY AT HARVARD.  SWARTZ improved this software,
saved it on a thumb drive, and had a friend in California take the
thumb drive to one of the free libraries and upload the program.

      When the PACER system was shut down with no notice,
⬚ told SWARTZ "You need to talk to a lawyer.  I need to talk
to a lawyer."

      Lawyers told ⬚ and SWARTZ that they appeared to
have broken no laws.  At that point, ⬚ sent SWARTZ a text
message saying "You should just lay low for a while."

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   03/09/2009

     AARON SWARTZ posted a weblog titled "NYT Personals" at
http://www.aaronsw.com/weblog.  In the weblog, SWARTZ quotes the
NEW YORK TIMES article in which he was interviewed.  SWARTZ also
posts "Want to meet the man behind the headlines? Want to have the
F.B.I. open up a file on you as well? Interested in some kind of
bizarre celebrity product endorsement? I'm available in Boston and
New York all this month".

Investigation on    03/09/2009    at   Manassas, VA

b6
b7C
b7F

File #   288A-WF-238943      Date dictated   N/A

by   SA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

b6
b7C

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    03/23/2009

On March 10, 2009, [        ] of THE ADMINISTRATIVE
OFFICE OF THE US COURTS (US COURTS) provided the following
information:

US COURTS was relying on the Notice written on the login
page of the PACER webpage, pacer.uscourts.gov, to advise users that
unauthorized access to the PACER system is not allowed.  When a
user goes to the webpage and navigates to the login page, a Notice
is shown at the bottom of the page that states "NOTICE: This is a
Restricted Government web Site for official PACER use only.
Unauthorized entry is prohibited and subject to prosecution under
Title 18 of the U.S. Code.  All activities and access attempts are
logged."

When asked to clarify how a user knows what constitutes
unauthorized access and how a user would have known that they had
to be in one of the seventeen libraries to access PACER, [        ]
had [                                    ], prepare a response.

[        ] provided the following information:

AARON SWARTZ would have known his access was unauthorized
because it was with a password that did not belong to him.

Library patrons did not sign up for accounts.  One login
and password were provided to each Federal Depository Library.
Each library agreed to not share the password with any organization
or individual user.  Verification forms were signed by Depository
Coordinators at each library and included statements regarding
login and password security.

The Seventh Circuit Court of Appeals in Chicago had a one
hour time limit on their public access computer and the computer
was completely logged off after each session by a staff member.

[PACER homepage and login page print-outs, emails from
[        ] and [        ] and Federal Depository Library/PACER
Verification Forms are attached.]

---

Investigation on    03/10/2009    at   Manassas, VA

File #  288A-WF-238943                    Date dictated   N/A

by   SA [                                    ]

b6
b7C
b7F

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

b6
b7C
b7F

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/14/2009

On 04/14/2009, SA [          ] called (847) 432-8857 in an attempt to speak to AARON SWARTZ. A female answered the telephone and stated that SWARTZ was not available at that telephone number any longer and that SWARTZ did not have another number where he could be reached. SA [          ] left a message for SWARTZ to return her call and the female stated that she would email that message to SWARTZ.

SWARTZ called SA [          ] and left a message on her voicemail stating he could be reached at (847) 877-8895. This number is a T-Mobile cellular number and returned negative results
[          ]  b7E

SA [          ] spoke to SWARTZ, at telephone number (847) 877-8895, and explained that the FBI is looking for information on how SWARTZ was able to compromise the PACER system so that the US COURTS could implement repairs to the system and get PACER running again. SWARTZ stated that he would have to talk to his attorney first and would call SA [          ] back at a later time.

---

Investigation on   04/14/2009   at  Manassas, VA

File #  288A-WF-238943                    Date dictated   N/A

by   SA [                    ]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

b6
b7C
b7F

Date of transcription     04/15/2009

On 04/15/2009, SA [                ] returned a telephone call to [                ] who had left a voicemail message for SA [                ] [                ] telephone number is [                ] and his email address is [                ]

[                ] asked if the FBI had an official investigation open or if this was just information gathering. SA [                ] responded that there was an open investigation. [                ] asked if he needed an attorney and SA [                ] responded that she could not advise him on that matter. SA [                ] told [                ] that AARON SWARTZ was told in a conversation yesterday that we are looking for information into how the compromise occurred so that the US COURTS can get PACER operational again. [                ] responded with "I can not tell you how Aaron did it." [                ] was a [                ] and understands the security system of PACER and can speak to that.

Investigation on   04/15/2009   at   Manassas, VA

File #   288A-WF-238943                    Date dictated   N/A

by   SA [                ]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

b6
b7C
b7F

Date of transcription    04/16/2009

On 04/16/2009, SA [          ] returned a telephone call to [          ] in
Boston, MA. [          ] wanted assurance that if SWARTZ was interviewed,
what he said would not be used to jeopardize him.  SA [          ]
explained that assurance could not be given but that we were in an
information gathering phase. [          ] refused the interview without
the assurance.

---

Investigation on    04/16/2009    at  Manassas, VA

File #  288A-WF-238943                              Date dictated  N/A

by    SA [                              ]

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 04/20/2009

**To:** Cyber                      **Attn:** CIU-1/SSA [          ]
                                                SSA [          ]

      Washington Field

**From:** Washington Field                                          b6
         CR-17 / NVRA [                          ]                b7C
         **Contact:** SA [                          ]          b7F

**Approved By:** [                    ]

**Drafted By:** [                          ]

**Case ID #:** 288A-WF-238943   (Closed)

**Title:** UNSUB(S);
        US COURTS - VICTIM;
        COMPUTER INTRUSION - OTHER

**Synopsis:** To close case.

**Details:** For background, the U.S. Courts implemented a pilot project offering free access to federal court records through the PACER system at seventeen federal depository libraries. From September 4 - 22, 2008, PACER was accessed by computers from outside the library utilizing login information from two libraries participating in the pilot project. The login information was compromised at the Sacramento County Public Law Library and the Seventh Circuit Court of Appeals Library. The two accounts were responsible for downloading more than eighteen million pages with an approximate value of $1.5 million.

      Investigation determined that the Amazon IP address used to access the PACER system belongs to Aaron Swartz.  Swartz refused an interview with the FBI. [                    ] [                          ] Swartz on his website pacer.resource.org, was interview by the FBI on April 15, 2009.  Both Swartz and          b6
[                    ] were interviewed by the New York Times, regarding the          b7C
compromise of the PACER system.

UNCLASSIFIED

**UNCLASSIFIED**

To: Cyber  From: Washington Field
Re: 288A-WF-238943, 04/20/2009

       CCIPS Attorney [                    ] closed the office's case.
Based on the CCIPS closing, Washington Field is closing this case
as of this communication.

b6
b7C

**UNCLASSIFIED**

UNCLASSIFIED

To: Cyber   From: Washington Field
Re: 288A-WF-238943, 04/20/2009


**LEAD(s):**

**Set Lead 1:   (Info)**

CYBER

AT CIU-1

Read and clear.


◆◆

UNCLASSIFIED

3