# EXHIBIT F

May 22, 2014 E-Mail Concerning Unsuccessful Case Filing to Clerk of Court Richard W. Wieking, United States District Court for the Northern District of California

From: **Aaron Greenspan** aarong@thinkcomputer.com
Subject: Willfully Negligent Clerk of Court Employees
Date: May 22, 2014 at 5:18 PM
To: Richard Wieking richard_wieking@cand.uscourts.gov
Cc: Snooki Puli snooki_puli@cand.uscourts.gov, David Grossman David.Grossman@mail.house.gov

Clerk Wieking,

I just returned from the San Jose courthouse after attempting to file a lawsuit *pro se*. When I arrived at approximately 3:55 P.M. (due to traffic), clearly before the Clerk's office closed, the employee behind the desk informed me that it would be "impossible" to file my case because there was no way for her to obtain a case number. Perplexed, I inquired as to why, given that the office was still open, even if only for a few more minutes. I was told by her supervisor, Snooki Puli, that the individual I had been talking to was not a "cashier" and was therefore not "authorized" to take the money I was trying to pay the Court.

As I pointed out to Ms. Puli, the act of swiping a credit card through a terminal is not exceptionally difficult, nor is it time consuming. Ms. Puli insisted that no one present, apparently herself included despite her supervisory role, was capable of processing a payment or obtaining a case number. When I also pointed out that attorneys are permitted to file on-line at any time, both A) avoiding this entire situation and B) proving that filing at any time, obtaining a case number and processing a payment is possible, she simply said "OK." When I pointed out the discriminatory nature of the rule, she repeated, "OK." When it was finally 4:00 P.M., she informed me that the Clerk's office was closed and suggested that I leave and return tomorrow.

Ms. Puli did finally agree to "receive" my papers, and stamped them as received, except that the date stamp says "May 23" at 4:02 P.M., which is not the correct date; it is presently May 22. Ms. Puli then refused to keep the "received" papers and handed them back to me. Nor would Ms. Puli sign or stamp the summons documents I had brought, because she claimed a case number needed to be generated first. Other districts, such as the District of Massachusetts, allow summons documents to be generated digitally, even for *pro se* litigants.

To reiterate: complying with your District's discriminatory and unlawful Local Rules, I arrived while the Clerk's office was open and staff was available, and yet your staff still refused to process my case. I informed them of my strenuous objection to their refusal to do their jobs.

Additionally, to excuse the fact that no one in the Clerk's office was actually willing to do their job, I was told—completely incorrectly—that Local Rules of the Court forbade filing of new cases after 3:30 P.M. In fact, there is no such Local Rule, and your staff therefore had no valid legal basis for turning me away, relying unlawfully on their own personal preference. The Clerk staff was apparently referring to a sentence on the California Northern District Court web site (http://www.cand.uscourts.gov/filingprocsj) that seems to deal with "**Intellectual Property** cases," which my case is not. My case concerns the constitutionality of Local Rules that discriminate against *pro se* litigants, which your office seems only too happy to enforce.

The entire encounter with your staff was witnessed by another *pro se* litigant who happened to be in the office at the time, and who informed me privately that her experiences had been similarly "horrible."

Just because your staff feel as though they should be able to go home at 3:45 P.M. and serve only those they feel like doesn't mean that they are entitled to do so. There is no excuse for such laziness and utter incompetence. Now I am forced to needlessly return to the Court tomorrow, which will cost me time and money.

Aaron



**Think**

**Aaron Greenspan**
President & CEO
Think Computer Corporation

*telephone* +1 415 670 9350
*fax* +1 415 373 3959
*e-mail* aarong@thinkcomputer.com
*web* http://www.thinkcomputer.com