1  Name: Aaron Greenspan
2  Address: 1132 Boranda Avenue
   Mountain View, CA  94040-3145
3  Phone Number: +1 415 670 9350
4  E-mail Address: legal@thinkcomputer.org
5  *Pro Se*

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA

8  Think Computer Foundation; Think
   Computer Corporation                    ) Case Number: _____
9                                          )
                                           ) MOTION FOR PERMISSION FOR
10              Plaintiff,                 ) ELECTRONIC CASE FILING
                                           )
11      vs.                                )
   Administrative Office of the United States Courts; United ) Judge CV 14 02396
12 States District Court for the Northern District of California; )
   American Bar Association                )
13                                         )
                Defendants.                )
14

15      As the (*Plaintiff/Defendant*) Plaintiffs _____ in the above-captioned matter, I
16 respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this
   case. I hereby affirm that:

17   1. I have reviewed the requirements for e-filing and agree to abide by them.

18   2. I understand that once I register for e-filing, I will receive notices and documents only
        by email in this case and not by regular mail.
19
     3. I have regular access to the technical requirements necessary to e-file successfully:
20
        [✔] A computer with internet access;
21      [✔] An email account on a daily basis to receive notifications from the Court and
            notices from the e-filing system.
22      [✔] A scanner to convert documents that are only in paper format into electronic files;
23      [✔] A printer or copier to create to create required paper copies such as chambers
            copies;
24      [✔] A word-processing program to create documents; and
25      [✔] A pdf reader and a pdf writer to convert word processing documents into pdf
            format, the only electronic format in which documents can be e-filed.
     4. I believe this motion to be superfluous and the underlying Civil Local Rule that
26      requires its filing, unconstitutional.
   Date: May 22, 2014                     Signature: /s/ Aaron Greenspan
27
28