Name: Aaron Greenspan
Address: 1132 Boranda Avenue
Mountain View, CA 94040-3145
Phone Number: +1 415 670 9350
E-mail Address: legal@thinkcomputer.org

*Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 14-02396 PSG

| | |
|---|---|
| Think Computer Foundation; Think Computer Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Administrative Office of the United States Courts; United States District Court for the Northern District of California; American Bar Association<br><br>Defendants. | Case Number: _____<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____          _____
                                United States District/Magistrate Judge

**RECEIVED**

MAY 23 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE