AARON J. GREENSPAN
THINK COMPUTER FOUNDATION
1132 Boranda Avenue
Mountain View, CA 94040-3145
Telephone: (415) 670-9350
Fax: (415) 373-3959
E-Mail: legal@thinkcomputer.org

*PRO SE*

**FILED**

JUN 1 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER FOUNDATION, an Ohio 501(c)(3) non-profit corporation; THINK COMPUTER CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; and AMERICAN BAR ASSOCIATION,<br><br>Defendants. | Case No. 5:14-cv-02396-BLF<br><br>**PLAINTIFF THINK COMPUTER FOUNDATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R. CIV. P. 7.1**<br><br>Judge Beth Labson Freeman |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Also, pursuant to Fed. R. Civ. P. 7.1, there is no parent corporation or publicly held corporation owning 10% of more of Plaintiff's stock.

Respectfully submitted,

Dated: June 10, 2014

By: _____
Aaron Greenspan
President
THINK COMPUTER FOUNDATION

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 10, 2014, a true copy of the foregoing

**PLAINTIFF THINK COMPUTER FOUNDATION'S CERTIFICATION OF**

**INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R.**

**CIV. P. 7.1** is being served via electronic mail, pursuant to written agreements between the

parties, at the following e-mail addresses:

**Administrative Office of the United States Courts**
**United States District Court for the Northern District of California**
James A. Scharf
Assistant United States Attorney
james.scharf@usdoj.gov

**American Bar Association**
Bety Javidzad
Venable, LLP
bjavidzad@venable.com

Dated: June 10, 2014          By: _____
                                                Aaron Greenspan
                                                President
                                                THINK COMPUTER FOUNDATION