UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER FOUNDATION, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,<br><br>        Defendants. | Case No.  14-cv-02396-BLF<br><br>**ORDER GRANTING DEFENDANT AMERICAN BAR ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>[Re: Dkt. No. 11] |

Before the Court is Defendant American Bar Association's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Finding good cause thereby, the Court hereby grants Defendant's Motion.

The Court notes that Defendant has filed this unopposed Motion, rather than merely stipulating to an extension of time with opposing counsel, because of its belief that Plaintiff is currently not represented by counsel. (*See* ECF 11 at 1) Defendant has sought and received permission from Aaron Greenspan, whom Defendant believes is improperly representing Plaintiff in the action by virtue of not being a licensed attorney in the State of California or elsewhere, to extend its time to respond to Plaintiff's Complaint. (*Id.* at 2)

The American Bar Association's deadline to respond to Plaintiff's Complaint is hereby extended from June 23, 2014, to the date upon which the remaining Defendants are required to respond, which is currently no earlier than **August 4, 2014**.

**IT IS SO ORDERED.**

Dated: June 11, 2014

                                                                          HON. BETH LABSON FREEMAN
United States District Judge