1  VENABLE LLP
   Douglas C. Emhoff (SBN 151049)
2  Email:   demhoff@venable.com
   Jessica L. Grant (SBN 178138)
3  Email:   jgrant@venable.com
   Bety Javidzad (SBN 240598)
4  Email:   bjavidzad@venable.com
   Spear Tower, 40th Floor
5  One Market Plaza
   1 Market Street
6  San Francisco, CA 94105
   Telephone: 415.653.3750
7  Facsimile:  415.653.3755

8  Attorneys for Defendant
   AMERICAN BAR ASSOCIATION
9

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER FOUNDATION, an Ohio 501(c)3 non-profit corporation; THINK COMPUTER CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, and AMERICAN BAR ASSOCIATION<br><br>　　　　　　　Defendants. | CASE NO. 14CV02396 BLF PSG<br><br>Hon. Beth L. Freeman<br>Courtroom 3, 5TH Floor<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendant American Bar Association hereby gives notice that Bety Javidzad of the law firm of Venable LLP is appearing as its counsel of record in this action. Ms. Javidzad is a member of the State Bar of California (Cal. Bar No. 240598) and is a member of the bar of this court.  Ms. Javidzad's contact information is as follows:

>Bety Javidzad
>
>Venable LLP
>
>2049 Century Park East
>
>Suite 2100
>
>Los Angeles, California 90067
>
>Telephone:  310.229.9900
>
>Facsimile:  310.229.9901
>
>Email:  bjavidzad@venable.com

DATED:  June 11, 2014                    VENABLE LLP

By: /s/ Bety Javidzad
Bety Javidzad
Attorney for Defendant
AMERICAN BAR ASSOCIATION