**PROOF OF SERVICE**
**FRCP 5(b)(2)(E)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

At the time of the e-mail transmission described below, I was at least 18 years of age and not a party to this legal proceeding.

On **June 11, 2014**, I transmitted from my computer (electronic notification address **bjavidzad@venable.com**) located at Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, California 90067, the following document(s): **NOTICE OF APPEARANCE OF COUNSEL** to the interested parties in this action whose names and e-mail addresses are as follows:

| | |
|---|---|
| Aaron Greenspan | Administrative Office of the United States Courts |
| Think Computer Corporation | United States District Court for the Northern |
| Think Computer Foundation | District of California |
| legal@thinkcomputer.org | James A. Scharf |
| aarong@thinkcomputer.com | Assistant United States Attorney |
| | james.scharf@usdoj.gov |

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service by e-mail or electronic transmission was agreed upon based on a court order or an agreement of the parties to accept service.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **June 11, 2014**, at Los Angeles, California.

/s/ Bety Javidzad
Bety Javidzad

**VENABLE LLP**
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067