UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK COMPUTER FOUNDATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-02396-BLF<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-captioned action, hereby recuse myself from this case. Given that the Chief Judge of this District is a named Defendant in this matter, the Clerk of Court shall notify the Executive Committee for further reassignment of this case outside of this District.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: July 28, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge