STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Attorney for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER FOUNDATION, *et al.*,  | Case No.: 3:14-cv-2396 |
| Plaintiffs, | |
| v. | NOTICE REGARDING RESPONSE DEADLINE |
| ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, *et al.*, | |
| Defendants. | |

Federal Defendants filed a motion to dismiss yesterday.  *See* ECF Dckt. No. 36.  The ECF notice generated upon filing states that the response deadline is August 18, 2014.  But, as plaintiffs were served by first-class mail (because they have not been authorized to receive CM-ECF service), Federal Defendants should have set the deadline as August 21, 2014.  *See* Local Rule of Civil Procedure 7-3(a).

1
NOTICE REGARDING RESPONSE DEADLINE
Case No.: 14-cv-2396

Dated: August 5, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

MELINDA L. HAAG
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG, IL Bar No. 6278377
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone:   (202) 514-5838
Facsimile:   (202) 616-8202
Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2014 a copy of the attached Notice Regarding Response Deadline was placed in a mailroom at the Department of Justice for service by first-class mail on the following non-CM/ECF participants at the listed address:

    Aaron Greenspan
    Think Computer Foundation
    Think Computer Corporation
    1132 Boranda Avenue
    Mountain View, CA 94040-3145.

I further certify that on August 5, 2014 the attached Notice Regarding Response Deadline was filed using CM/ECF and therefore electronic service is expected to be made on the following:

    Bety Javidzad
    Venable LLP 2049 Century Park East
    Suite 2100
    Los Angeles, CA 90067.

I certify under penalty of perjury that the forgoing is true and correct.


Dated:  August 5, 2014                           */s/ Justin M. Sandberg*
                                                                JUSTIN M. SANDBERG
                                                                Trial Attorney
                                                                U.S. Department of Justice
                                                                Civil Division, Federal Programs Branch