IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK COMPUTER FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al., <br><br> Defendants. <br> _____/ | No. C 14-2396 BLF <br><br> ORDER OF THE EXECUTIVE COMMITTEE STAYING CASE PENDING REASSIGNMENT TO OUT OF DISTRICT JUDGE |

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case shall be reassigned to an out of district judge. Pending the reassignment, this case shall be assigned to the Executive Committee and stayed.

IT IS SO ORDERED.

Dated: August 5, 2014           FOR THE EXECUTIVE COMMITTEE:

_____
PHYLLIS J. HAMILTON
United States District Judge