UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Jeffrey T. Miller**, United States Senior District Judge for the Southern District of California to perform the duties of United States District Judge temporarily for the Northern District of California for the specific case *Aaron Greenspan, et al. v. Administrative Office of the United States Courts, et al.*, Case No. 14-cv-02396.

August 5, 2014



Alex Kozinski
Chief Judge

cc:  Hon. Jeffrey T. Miller
     Hon. Barry Ted Moskowitz, Chief Judge, Southern District of California
     Hon. Claudia Wilken, Chief Judge, Northern District of California
     John Morrill, Clerk of Court, Southern District of California
     Richard Wieking, Clerk of Court, Northern District of California