UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THINK COMPUTER FOUNDATION, ET AL et al,<br><br>            Plaintiff,<br><br>    v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, ET AL et al,<br><br>            Defendant._____/ | Case Number: CV14-02396 BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Think Computer Foundation
1132 Boranda Avenue
Mountain View, CA 94040-3145

Aaron J. Greenspan
1132 Boranda Avenue
Mountain View, CA 94040-3145

Dated: August 8, 2014

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk