# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GREENSPAN; THINK COMPUTER FOUNDATION; THINK COMPUTER CORPORATION,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; MICHEL ISHAKIAN, in her official capacity on behalf of the Administrative Office of the United States Courts; WENDELL SKIDGEL, in his official capacity on behalf of the Administrative Office of the United States Courts; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; RICHARD WIEKING, in his official capacity on behalf of the United States District Court for the Northern District of California, CLAUDIA WILKEN, in her official capacity on behalf of the Untied States District Court for the Northern District of California; and AMERICAN BAR ASSOCIATION,<br><br>                    Defendants. | CASE NO. 14cv2396 JTM<br><br>SCHEDULING ORDER |

    Pending before the court are three motions: Motion for Leave to file a Second Amended Complaint; Motion to Dismiss filed by defendants Administrative Office of the United States Courts, Michel Ishakian and Wendell Skidgel, in their official

capacities on behalf of the Administrative Office of the United States Courts, the United States District Court for the Northern District of California, and Claudia Wilken, in her official capacity on behalf of the United States District Court for the Northern District of California; and Motion to Dismiss filed by defendant American Bar Association. (Ct. Dkts. 34, 36, 37). The court sets a hearing date of October 6, 2014 at 10:00 a.m. The parties shall comply with the Northern District Local Rules in filing oppositions and replies to the motions.[1]

Finally, the Court tentatively schedules oral argument on the motions. The Court will notify the parties no later than by September 30, 2014 whether oral argument will be entertained. In the event that the motions are not taken under submission without oral argument, the parties may attend the hearing in person or, alternatively, participate telephonically. The hearing will be conducted at the Edward J. Schwartz Federal Courthouse, 221 W. Broadway, San Diego, CA 92101 in Courtroom 5D. Any party who desires to appear and participate telephonically must contact chambers (619-557-6627) three court days before the scheduled hearing to make appropriate arrangements.

**IT IS SO ORDERED.**

DATED: August 21, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

---

[1] The court notes that the motion to amend is proceeding on behalf of only Plaintiff Aaron Greenspan. By separate order, entered concurrently with this order, the Court issued an OSC to Plaintiffs Think Computer Foundation and Think Computer Corporation re: failure to obtain legal representation. The court further notes that a brief review of Plaintiffs' motion to amend indicates limited opposition to its filing. In the event there is no opposition to the filing of the Second Amended Complaint, the court encourages the parties to file a stipulation permitting its filing.