# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GREENSPAN; THINK COMPUTER FOUNDATION; THINK COMPUTER CORPORATION,<br><br>Plaintiffs,<br>vs.<br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; MICHEL ISHAKIAN, in her official capacity of the Administrative Office of the United States Courts; WENDELL SKIDGEL, in his official capacity on behalf of the Administrative Office of the United States Courts; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; RICHARD WIEKING, in his official capacity on behalf of the United States District Court for the Northern District of California, CLAUDIA WILKEN, in her official capacity on behalf of the Untied States District Court for the Northern District of California; and AMERICAN BAR ASSOCIATION,<br><br>Defendants. | CASE NO. 14cv2396 JTM<br><br>NOTICE |

The court provides notice to all parties that Plaintiff's Motion for Leave to file a Second Amended Complaint (Ct. Dkt. 34) and Defendants' two Motions to Dismiss

///

- 1 -

14cv2396

1 (Ct. Dkt. 36 and 37), calendared for oral argument on October 6, 2014, will be taken
2 under submission without oral argument.
3     **IT IS SO ORDERED.**
4 DATED:  September 30, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties