UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THINK COMPUTER FOUNDATION, an Ohio 501(c) 3 non-profit corporation; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; et al.,<br><br>        Defendants - Appellees. | No. 14-17570<br><br>D.C. No. 5:14-cv-02396-JTM<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered January 13, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                      FOR THE COURT:
                                                      Molly C. Dwyer
                                                      Clerk of Court

                                                      Rebecca Lopez
                                                      Deputy Clerk