**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
───────────────

www.cand.uscourts.gov

Richard W. Wieking                                                                                        General Court Number
Clerk                                                                                                                  408.535.5363

March 10, 2015

CASE NUMBER:    **CV 14-02396 JTM**
CASE TITLE:    **THINK COMPUTER FOUNDATION, ET AL-v- ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, ET AL**
DATE MANDATE FILED:   March 10, 2015

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Sandy Morris*

by: Sandy Morris
Case Systems Administrator

Distribution:   CIVIL       -    Counsel of Record

CRIMINAL    -    Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16