AARON J. GREENSPAN
THINK COMPUTER FOUNDATION
1132 Boranda Avenue
Mountain View, CA 94040-3145
Telephone: (415) 670-9350
Fax: (415) 373-3959
E-Mail: legal@thinkcomputer.org

PRO SE

FILED

DEC -7 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AARON GREENSPAN; THINK COMPUTER FOUNDATION, an Ohio 501(c)(3) non-profit corporation; and THINK COMPUTER CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; MICHEL ISHAKIAN, in her official capacity on behalf of the Administrative Office of the United States Courts; WENDELL SKIDGEL, in his official capacity on behalf of the Administrative Office of the United States Courts; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; RICHARD WIEKING, in his official capacity on behalf of the United States District Court for the Northern District of California; CLAUDIA WILKEN in her official capacity on behalf of the United States District Court for the Northern District of California; and AMERICAN BAR ASSOCIATION,<br><br>　　　　　　　Defendants. | Case No. 5:14-cv-02396-JTM<br><br>**MOTION FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO RULE 60(b)(1) OR IN THE ALTERNATIVE 60(b)(6)**<br><br>Judge Jeffrey T. Miller |

Pursuant to Fed. R. Civ. P. Rule 60(b)(1) and 60(b)(6), plaintiffs Aaron Greenspan, Think Computer Corporation and Think Computer Foundation (hereinafter "Plaintiffs") respectfully move for relief from this Court's December 4, 2014 AMENDED ORDER DISMISSING CORPORATE PLAINTIFFS FOR FAILURE TO OBTAIN LEGAL REPRESENTATION; GRANTING ALL MOTIONS TO DISMISS; DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; GRANTING LEAVE TO AMEND (Docket No. 55, the "Amended Order"). Specifically, Plaintiff seeks relief under Rule 60(b)(1) on the grounds that the Court's Amended Order contains numerous factual errors and numerous legal errors. Justice would be denied if Plaintiffs were not allowed to pursue their legitimate claims on the basis of these errors.

Plaintiffs rely on their memorandum of law in support of this motion.

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that this Court grant this Motion for Relief from a Judgment or Order Pursuant to Rule 60(b)(1) or in the Alternative 60(b)(6).

Respectfully submitted,

Dated:  December 4, 2015

By: *Aaron Greenspan*
Aaron Greenspan

President
THINK COMPUTER FOUNDATION

President & CEO
THINK COMPUTER CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 4, 2015, a true copy of the foregoing **MOTION FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO RULE 60(b)(1) OR IN THE ALTERNATIVE 60(b)(6)** is being served via e-mail to all parties subject to a prior written agreement.

Dated: December 4, 2015          By: _____
                                      Aaron Greenspan

                                      President
                                      THINK COMPUTER FOUNDATION

                                      President & CEO
                                      THINK COMPUTER CORPORATION